IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| VS. | NO. 5: 08-CR-41 (CAR) |
| | **Violation(s): Fraud Related** |
| DERRICK BERNARD JACKSON, | |
| Defendant | |

## O R D E R

Upon consideration of motions filed *pro se* by defendant DERRICK BERNARD JACKSON seeking the removal of his court-appointed counsel, Scott Chandler Huggins, Esq., as his attorney in the above-captioned proceeding and of comments of defendant Jackson and Attorney Huggins at a hearing this day convened before the undersigned,

IT IS ORDERED AND DIRECTED that defendant's motions filed at Tabs #75, #82, and #84 are **GRANTED** to the extent that the order appointing Scott Chandler Huggins under provisions of the Criminal Justice Act to represent defendant Jackson is hereby VACATED. Attorney Huggins shall hereafter have no responsibility in representing defendant Jackson.

By separate order, **Laura D. Hogue, Esq.,** of the Macon Bar is appointed in his place and stead to represent defendant Jackson.

SO ORDERED AND DIRECTED, this 10th day of FEBRUARY, 2009.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE