**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| vs. | NO. 5: 08-CR-41 (CAR) |
| | **Violation(s): Fraud Related** |
| DERRICK BERNARD JACKSON, | |
| Defendant | |

**O R D E R**

Upon consideration of the motions of defendant DERRICK BERNARD JACKSON seeking to dismiss surplusage from the indictment herein [76] and requesting information as to grand jury proceedings [78], and of argument of counsel for the government and argument of defendant Jackson regarding same, said motions are DENIED, there being no legal basis therefor.

SO ORDERED AND DIRECTED, this 10th day of FEBRUARY, 2009.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE