IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| DERRICK BERNARD JACKSON, | : | |
| | : | |
| Petitioner, | : | No. 5:08-CR-00041 (CAR) |
| | : | No. 5:11-CV-90098 (CAR) |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | Proceedings Under 28 U.S.C. § 2255 |
| | : | |
| Respondent. | : | |
| | : | |

### ORDER ON RECOMMENDATION

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 255] to dismiss or, alternatively, deny Petitioner Derrick Bernard Jackson's Motion to Vacate, Set Aside, or Correct his Sentence Pursuant to 28 U.S.C. § 2255 and his one timely Amendment thereto [Docs. 201, 204]. Petitioner has not filed an objection to the Recommendation, and the time to do so has expired. Having considered the matter, the Court agrees with the findings and conclusions of the United States Magistrate Judge. Accordingly, the Recommendation [Doc. 255] is hereby **ADOPTED** and **MADE THE ORDER OF THE COURT**. Both Petitioner's Section 2255 Motion and his one timely Amendment thereto [Docs. 201, 204] are **DENIED**. In addition, Petitioner's four pending Motions [Docs. 206, 237, 242, 253] are **DENIED AS MOOT**. Finally, because

Petitioner has failed to make a substantial showing of the denial of a constitutional right, a certificate of appealability is also **DENIED**.

    **SO ORDERED,** this 18th day of November, 2012.

                                          S/ C. Ashley Royal
                                          C. ASHLEY ROYAL, CHIEF JUDGE
                                          UNITED STATES DISTRICT COURT

BBP